IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Gerald William Filice – #099657

                               /

No. C 13-80074 WHA

**ORDER OF SUSPENSION**

      Because Gerald William Felice has failed to respond to the order to show cause, Mr. Felice's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: September 3, 2013.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE