**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Gerald William Filice – #099657

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿/

No. C 13-80074 WHA

**ORDER OF SUSPENSION**

     Because Gerald William Felice has failed to respond to the order to show cause, Mr. Felice's membership in the bar of this Court is hereby **SUSPENDED**.

     **IT IS SO ORDERED.**

Dated: September 3, 2013.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE